UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAOUL MARRADI,

        Plaintiff,

v.

JPC VENTURE CORP. and
WOODBURY CONSTRUCTION
CO., INC.

        Defendants.

CIVIL ACTION NO.
1:17-cv-12487-WGY

## DEFENDANT, JPC VENTURE CORP.'S MOTION FOR A MORE DEFINITE STATEMENT

The Defendant, JPC Venture Corp. ("JPC") hereby moves this Honorable Court pursuant to Fed. R. Civ. P. 12(e) to order the Plaintiff to provide a more definite statement of his pleading – Complaint (D.E. 1). Specifically, JPC is requesting that the Court order the Plaintiff to provide the date and time that the Plaintiff went to JPC's bar/restaurant known as Market. The Plaintiff alleges that he visited Market but that he was precluded from accessing the facility and/or goods, services, facilities, privileges, advantages and/or accommodations offered therein due to physical barriers that constitute violations of the Americans with Disabilities Act and as such, suffered legal harm and injury. (D.E. 1 ¶¶ 4, 14, 19).

Without knowing the day and time of the alleged injury, JPC is unable to investigate the Plaintiff's claims and is therefore precluded from properly responding to the Plaintiff's Complaint. Additional support is provided in the attendant Memorandum.

1

## COUNCIL CERTIFICATION

Counsel for JPC hereby certifies pursuant to LR 7.1(a)(2) that he has conferred with counsel for the Plaintiff in a good faith attempt to resolve this issue prior to filing the instant Motion.

Respectfully Submitted
**JPC VENTURE CORP.**
By Its Attorney,

/s/ Kevin M. Cloutier
Kevin M. Cloutier, BBO #664177
The Cloutier Law Firm, LLC
1990 Centre Street
West Roxbury, MA 02132
617-787-3300 (ph)
617-323-3384 (fax)
kcloutier@cloutierlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through CM/ECF system will be sent electronically to the following registered participants as identified on the NEF:

L. Richard LeClair, III, Esq.

Edward N. Garno, Esq.

Todd W. Shulby, Esq.

Date:   2/15/18

/s/ Kevin M. Cloutier
Kevin M. Cloutier

2