UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.:

RAOUL MARRADI,

    Plaintiff,

vs.

JPC VENTURE CORP., and
WOODBURY CONSTRUCTION CO., INC.,

    Defendants.
_____/

Market Lounge, 21 Broad Street, Boston, Massachusetts 02109

CONSENT TO FILE SUIT

    Based on your complaint regarding the subject property, we have prepared the attached legal complaint to be filed on your behalf. Please review the complaint carefully, and the facts contained therein, particularly with regard to your visit to the property, the barriers to access that you encountered at the property and your intention to return to the property again in the near future for personal reasons as well as in your capacity as a tester. If you have any changes, additions, modifications or revisions to the complaint, please advise so that they can be incorporated. If the complaint meets your approval, please sign below and the complaint will be finalized and filed.

    Your approval will also constitute your formal representation that you have actual knowledge of the barriers to access at the subject property, and that you have visited the subject property and intend to visit and patronize the property again in the near future. Your approval shall constitute your acknowledgment that this action is subject to the attorney/client agreement that we previously entered into, and your ratification of same for purposes of this action. Your approval shall constitute your acknowledgment that you have retained Todd W. Shulby, P.A. and Ned Garno for purposes of this action and that you will be responsible for the retention and reimbursement of any ADA expert retained.

_____
RAOUL MARRADI