UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 17-cv-12487-WGY

RAOUL MARRADI,

    Plaintiff,

vs.

JPC VENTURE CORP., and
WOODBURY CONSTRUCTION CO., INC.,

    Defendants.
_____/

## PLAINTIFF'S LOCAL RULE 16.1 CERTIFICATE OF CONFERENCE

Plaintiff, by and through the undersigned counsel, hereby affirms that they have conferred:

(a) With a view to establishing a budget for the costs of conducting the full course and various alternative courses; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

By: _____
RAOUL MARRADI, Plaintiff

Respectfully submitted,

By: /s/Edward N. Garno, Esq.
Edward N. Garno, Esq.
147 Central Street, Suite 213
Lowell, Massachusetts 01852
Telephone: (978) 397-2400
Facsimile: (978) 455-1817
E-mail: nedgarno@hotmail.com
Massachusetts Bar No.: 564378
Counsel for Plaintiff

By: /s/Todd W. Shulby, Esq.
Todd W. Shulby, Esq.
Todd W. Shulby, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
Telephone: (954) 530-2236
Facsimile: (954) 530-6628
E-mail: tshulby@shulbylaw.com
Florida Bar No.: 068365
Counsel for Plaintiff

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on March 5, 2018, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kevin M. Cloutier, Esq., and L. Richard LeClair, III, Esq.

WE HEREBY CERTIFY that on March 5, 2018, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will mail a copy of the foregoing and notice of electronic filing to the following non-CM/ECF participants: None.

By: /s/Todd W. Shulby, Esq.
Florida Bar No.: 068365